# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00298-CV

## In re Louisa Bradshaw, et al.

## ORIGINAL PROCEEDING FROM SCHLEICHER COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relators Louisa Bradshaw, Gladys Mae Jessop, and Marie Steed seek mandamus relief to set aside a district court order granting the Texas Department of Family and Protective Services temporary sole managing conservatorship of Relators' children. This case presents the same dispositive issues as those in *In re Steed*, No. 03-08-00235-CV (Tex. App.—Austin May 22, 2008), decided today by this Court. The material facts in this proceeding are identical to those in *In re Steed*. Therefore, for the reasons stated in *In re Steed*, we conditionally grant Relators' Petition for Mandamus and direct the district court to vacate its temporary orders appointing the Department the temporary sole managing conservator of Relators' children based on the evidence adduced at the April 17-18, 2008, hearing. The writ will issue only if the district court fails to comply with this opinion.

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   May 22, 2008